# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| BRADLEY JEROME SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:21-cv-00996-AMM-SGC |
| ) | |
| ALABAMA BOARD OF PARDONS ) | |
| AND PAROLES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM OPINION**

The magistrate judge entered a report on August 10, 2022, recommending the dismissal of this action without prejudice under 28 U.S.C. § 1915A(b) as frivolous and for failing to state a claim on which relief may be granted. Doc. 17. Although the magistrate judge advised the plaintiff of his right to file written objections within fourteen days, the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b), this action is due to be dismissed without prejudice as frivolous and for failing to state a claim on which relief may be granted.

A final judgment will be entered.

**DONE** and **ORDERED** this 31st day of August, 2022.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE